# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**STEVEN J. SALMON,**
                **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:08-cv-1646-Orl-31KRS**

**POOLEY ENTERPRISES, INC.,**
**WANDA POOLEY,**
**RICHARD L. POOLEY,**
                **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **STIPULATION FOR SUBSTITUTION OF COUNSEL (Doc. No. 14)** |
| **FILED:** | **December 4, 2008** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

In the future, counsel are reminded that substitution of counsel must be made by motion, supported by the certification required by M.D. Fla. Local R. 3.01(g).

**DONE** and **ORDERED** in Orlando, Florida on December 5, 2008.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties