STEVEN J. SALMON,

                **Plaintiff,**

-vs-                          **Case No.  6:08-cv-1646-Orl-31KRS**

**POOLEY ENTERPRISES, INC.,**
**WANDA POOLEY,**
**RICHARD L. POOLEY,**
                **Defendants.**

_____

# ORDER

This cause comes before the Court on Joint Motion to Approve Settlement Agreement and to Dismiss Case with Prejudice (Doc. No. 19) filed March 25, 2009.

On April 28, 2009, the United States Magistrate Judge issued a report (Doc. No. 22) recommending that the motion be granted. No objections have been filed.  Therefore, it is **ORDERED** as follows:

1.      The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2.      The Joint Motion to Approve Settlement Agreement and to Dismiss Case with Prejudice is GRANTED.  The settlement is accepted as a "fair and reasonable resolution of a bona fide dispute."

3.  Counsel for the Plaintiff cannot withhold any portion of the $3,000.00 payable to the Plaintiff under the settlement agreement pursuant to a contingent fee agreement or otherwise. Counsel must provide a copy of this order to the Plaintiff Steven J. Salmon.

4.  The case is **DISMISSED** with prejudice.  The Court will not reserve jurisdiction to enforce a settlement agreement.   The Joint Motion to Extend Time to Extend the Deadlines of the Court's Case Management and Scheduling Order (Doc. No. 23) is DENIED as moot.   The clerk is directed to close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 18th day of May, 2009.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE